16827.    SAWYER *v.* CAMPBELL COAL COMPANY.

LUKE, J. The evidence amply authorized the verdict, and none of the grounds of the amendment to the motion for a new trial show reversible error.

   *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 3, 1926.

Complaint; from city court of Macon—Judge Jordan. July 15, 1925.

*W. A. McClellan, Thomas A. Jacobs Jr.,* for plaintiff in error.
*Martin & Martin,* contra.

---

Appeal and Error, 4 C. J. p. 905, n. 41.